**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. _____

RAMOS HERRERA, HIPOLITO _____    Chapter 13 _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 11/19/2013                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ _____400.00_ x _60_ = $ _____24,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                    TOTAL: $ _____24,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

            PROPOSED BASE: $ _____24,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ _____2,601.00

Signed: _/s/ HIPOLITO Ramos Herrera_
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. FIRST BANK PUER | Cr. FIRST BANK PUER | Cr. SCOTIBANK |
|---|---|---|
| # 4160000190816 | # 4160000191549 | # 63545/1419775 |
| $ 3,000.00 | $ 1,000.00 | $ 6,000.00 |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    SCOTIBANK          FIRST BANK PUER     FIRST BANK PUER
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

ARREARS WITH BPPR LEASE WILL BE PAID BEFORE ANY OTHER SECURED CREDITOR.

Attorney for Debtor _Jose Prieto_                              Phone: (787) 607-2066

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** RAMOS HERRERA, HIPOLITO

Debtor(s)

Case No. _____

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | BPPR | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only